IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARBELLA CARDENAS AND CLEMENCIA CARDENAS, | § § § | |
| Plaintiffs, | § § § § | |
| vs. | § § | CIVIL ACTION NO. __ |
| VENEZIA BULK TRANSPORT, INC. AND NOAH CLARK, | § § § § | |
| Defendants. | § § | |

# EXHIBIT (1) TO NOTICE OF REMOVAL: ALL EXECUTED PROCESS

6/3/2022 2:43 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65116813
By: CAROL WILLIAMS
Filed: 6/3/2022 2:43 PM

## CAUSE NUMBER: 2022-32651

**MARBELLA CARDENAS, ET AL**
**PLAINTIFF**

**VS.**

**VENEZIA BULK TRANSPORT, INC., ET AL**
**DEFENDANT**

**IN THE 127TH JUDICIAL DISTRICT**
**COURT OF HARRIS COUNTY, TEXAS**

### RETURN OF SERVICE

My name is **GUY CONNELLY**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY,  TX 77009, U.S.A.

ON **Thursday June 02, 2022 AT 04:52 PM** - CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION, came to hand for service upon **VENEZIA BULK TRANSPORT INC (A CORPORATION) BY SERVING ITS REGISTERED AGENT, DOUGLAS FLETCHER OF NATION RESIDENT AGENT SERVICE**.

On **Friday June 03, 2022** at **11:50 AM** - The above named documents were hand delivered to: **VENEZIA BULK TRANSPORT INC (A CORPORATION) BY SERVING ITS REGISTERED AGENT, DOUGLAS FLETCHER OF NATION RESIDENT AGENT SERVICE @ 9201 N CENTRAL EXPRESSWAY, STE. 600**, **DALLAS**, **TX 75231**, **in Person.** By delivering to Sheila Landa, Secretary for Douglas Fletcher, authorized to accept.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                    DECLARATION

"My name is **GUY CONNELLY,** my date of birth is 11/04/1951 my business address is **1320 QUITMAN STREET, HOUSTON, TX  77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Collin County, State of Texas on Friday June 03, 2022**

**/s/GUY CONNELLY**                        **PSC#2201 EXP. 09/30/22**
Declarant                                              Appointed in accordance with State Statutes

**2022.06.657060**

6/9/2022 9:11 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65274961
By: CAROL WILLIAMS
Filed: 6/9/2022 9:11 AM

NO. 2022-32651

| | | |
|---|---|---|
| MARBELLA CARDENAS, ET AL | § § § | IN THE 127TH JUDICIAL DISTRICT COURT |
| VS. | § § § | OF HARRIS COUNTY, TEXAS |
| VENEZIA BULK TRANSPORT, INC., ET AL | § § | |

## AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, _A.C Brooks_ (Process Server), personally appeared on this _3rd_ day of _June_, **2022** and stated under oath as follows:

1. My name is _Allen Brooks_  _NC PI # 121598_ (server). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:

_2618 Battleground Ave Suite A #115 Greensboro NC 27408_
**(SERVER'S ADDRESS)**

2. ON _June 3rd 2022_ (DATE) AT _15 : 14_ ( P )M (TIME) ,CITATION-NON RESIDENT; **PLAINTIFFS' ORIGINAL PETITION** came to hand for delivery to **NOAH CLARK.**

3. ON _June 3rd 2022_ (DATE) AT _19 : 48_ ( P ) M (TIME) The above named documents were hand delivered to: **NOAH CLARK AT:**

_2322 Glenhaven Drive Greensboro NC 27406_
**(ADDRESS), in Person, in accordance to Rule 108 TRCP.**

**FURTHER AFFIANT SAYETH NOT.**

_Allen C Do_
**SERVER'S SIGNATURE**

_Allen Brooks_
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by _Allen Brooks_ (server) appeared on **this** _3rd_ day of _June_, **2022** to attest witness my hand and seal of office.

_Bonnie M Tucker_
**NOTARY PUBLIC IN AND**
**FOR THE STATE OF** _NC_

BONNIE M TUCKER
NOTARY PUBLIC
FORSYTH COUNTY, NC
My Commission Expires
10-02-25

2022.06.657063